IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SETH HILL, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION H-13-1489 |
| § | |
| ALLISON TAYLOR, *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on August 11, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge